UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

J&J SPORTS PRODUCTIONS, INC.                                              PLAINTIFF

v.                                                     CIVIL ACTION NO. 3:09cv444-DPJ-FKB

MARQUES HALL d/b/a
FOURTH QUARTER SPORTS BAR AND GRILL                                       DEFENDANT

## ORDER

Plaintiff, by counsel, pursuant to MRCP 41(a), having given notice of voluntary dismissal, it is

ORDERED, ADJUDGED AND DECREED that this cause is hereby dismissed without prejudice to the plaintiff to the refiling of the same.

**SO ORDERED** this the 7th day of May, 2010.

                                                        s/ *Daniel P. Jordan III*
                                                        UNITED STATES DISTRICT JUDGE

Prepared by:
William W. Dreher, Jr.
Dreher Law Firm PA
P.O. Box 968
2224-24th Avenue
Gulfport, Mississippi 39502
Tel. 228-822-2222
Fax 228-822-2626
MSB# 10117